JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MACHUCA, individually and on behalf of other individuals similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUFFALO WILD WINGS, INC., a Minnesota Corporation; BWW RESOURCES, LLC, a Delaware Limited Liability Company; INSPIRE BRANDS, INC., a Georgia Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-03148-FMO-(JPRx)<br><br>**ORDER GRANTING JOINT MOTION [24] TO REMAND MATTER TO THE SUPERIOR COURT OF CALIFORNIA**<br><br>Judge:　Hon. Fernando M. Olguin<br>Ctrm.:　6D<br>Mag.:　Hon. Jean P. Rosenbluth<br>Ctrm.:　880<br><br>Trial:　　　　　　Not Yet Set<br>Complaint Filed:　January 19, 2024<br>Removed:　　　　April 17, 2024 |

# ORDER

Having reviewed and considered the Parties Joint Motion to Remand Matter to the Superior Court of California (the "Motion"), and good cause appearing for the relief requested therein, the Motion shall be and hereby is GRANTED as follows:

1. This matter is hereby REMANDED to the Superior Court of California, County of Los Angeles; and

2. All deadlines, hearings, and other dates in this matter are VACATED.

**IT IS SO ORDERED.**

Dated: March 3, 2025

/s/
HON. FERNANDO M. OLGUIN
United States District Judge